**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 2 2 2009

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VERONICA RUIZ, formerly known as
VERONICA JORGE,

    Plaintiff,

vs.    CIV 09-100 JB/CEG

DONA ANA COUNTY DETENTION CENTER and
BOARD OF COUNTY COMMISSIONERS OF DONA ANA COUNTY,

    Defendants.

### ORDER DISMISSING COMPLAINT

THIS MATTER having come before the Court on the Joint Motion of the Plaintiff and the Defendants, to dismiss with prejudice the Plaintiff's Complaint, including all claims that were or could have been included therein; the Court being advised that the Plaintiff and the Defendants have compromised, resolved and settled their disputes without the admission of liability; the Court having reviewed the pleadings; and the Court being otherwise fully advised in the premises:

HEREBY FINDS AND ORDERS that the Plaintiff's Complaint in this matter, including all claims that were or could have been included therein, shall be and hereby are dismissed with prejudice, with each party to bear his, her or its own costs and attorneys' fees.

_____
THE HONORABLE JAMES O. BROWNING
United States District Court Judge

Respectfully approved, agreed and stipulated to:

| | |
|---|---|
| GILPIN & KEEFE | SLEASE & MARTINEZ, P.A. |
| By: <u>Approved October 9, 2009</u><br>    DONALD G. GILPIN<br>    *Attorney for Plaintiff*<br>    5100 Indian School Rd NE<br>    Albuquerque, NM 87110-3932<br>    (505) 244-3861 | By:    <u>Electronically filed 10/9 /9</u><br>    JONLYN M. MARTINEZ<br>    WILLIAM D. SLEASE<br>    *Attorneys for Defendants*<br>    PO Box 1805<br>    Albuquerque, NM 87103<br>    (505) 247-9488 |